**[This opinion has been published in *Ohio Official Reports* at __ Ohio St.3d __.]**

COLUMBUS BAR ASSOCIATION *v*. BRYANT.

[Cite as *Columbus Bar Assn. v. Bryant*, 2025-Ohio-2194.]

(No. 2023-0296—Submitted June 23, 2025—Decided June 24, 2025.)

ON APPLICATION FOR REINSTATEMENT.

———————————

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Kristin Jocele Bryant, Attorney Registration No. 0080197, last known business address in Reynoldsburg, Ohio.

{¶ 2} The court coming now to consider its order of March 16, 2023, wherein the court, pursuant to Gov.Bar R. V(19)(B), imposed an interim remedial suspension upon respondent, finds that respondent has complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the State of Ohio. It is further ordered that respondent shall be required to comply with the terms of her April 2023 Ohio Lawyers Assistance Program contract and all medical- and psychiatric-treatment recommendations for a period of no less than six months and up to the full term of the contract and any extension thereto.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(E)(1) and that publication be made as provided for in Gov.Bar R. V(17)(E)(2).

{¶ 5} For earlier case, see *Columbus Bar Assn. v. Bryant*, 2023-Ohio-851.

KENNEDY, C.J., and FISCHER, DEWINE, BRUNNER, DETERS, HAWKINS, and SHANAHAN, JJ., concur.

———————————